DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

REBECCA ANNA CERDA,          )   Case No. 1:25-cv-00341-JLT-BAM
                             )
            Plaintiff,       )   STIPULATION AND ~~PROPOSED~~
                             )   ORDER FOR EXTENSION OF
        vs.                  )   TIME
                             )
FRANK BISIGNANO,             )
COMMISIONER OF SOCIAL        )
SECURITY[1],                 )
                             )
            Defendant.       )
                             )
                             )
                             )
_____)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from August 19, 2025 to August 22, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   MOTION FOR SUMMARY JUDGEMENT .  All other dates in the Court's

2   Scheduling Order shall be extended accordingly.

3       This is Plaintiff's second request for an extension of time.  Plaintiff

4   respectfully states that the requested extension is necessary due several merit briefs

5   being due on the same week. For the weeks of August 18, 2025 and August 25,

6   2025, Plaintiff's Counsel has seven merit briefs due and five reply briefs due.

7   Counsel requires additional time to brief the issues thoroughly for the Court's

8   consideration. Defendant does not oppose the requested extension.  Counsel

9   apologizes to the Defendant and Court for any inconvenience this may cause.

10

11                          Respectfully submitted,

12  Dated: August 15, 2025   PENA & BROMBERG, ATTORNEYS AT LAW

13

14                  By: */s/ Dolly M. Trompeter*

15                      DOLLY M. TROMPETER

16                      Attorneys for Plaintiff

17

18  Dated: August 15, 2025        MICHELE BECKWITH

19                                Acting United States Attorney

20                                MATTHEW W. PILE

21                                Associate General Counsel

22                                Office of Program Litigation, Office 7

23

24                  By:  */s/ Franco L. Becia*

25                      Franco L. Becia

26                      Special Assistant United States Attorney

27                      Attorneys for Defendant

28                      (*As authorized by email on August 15, 2025)

# **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for a three-day extension of time to file a motion for summary judgment is GRANTED.  Plaintiff shall file her motion for summary judgment on or before August 22, 2025.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  __**August 18, 2025**__          _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE