# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANNA CERDA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>        Defendant. | Case No.: 1:25-cv-0341 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 17, 19) |

Rebecca Anna Cerda and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 19 at 1-2.) Pursuant to the stipulation, the administrative law judge "will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) The parties also agree the Court should enter judgment in favor of Plaintiff and against the Commissioner, "reversing the final decision of the Commissioner." (*Id.* at 1-2.) Thus, the Court **ORDERS**:

   1.   The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this suit.

1

2. Plaintiff's motion for summary judgment (Doc. 17) is terminated as **MOOT**.

3. The Clerk of Court is directed to enter judgment in favor of Rebecca Anna Cerda and against Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **September 17, 2025**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE