1
2
3
4
5
6

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Rebecca Anna Cerda

7

8
9

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

10

Rebecca Anna Cerda,

11

Plaintiff,

12

v.

13

Frank J. Bisignano[1],  COMMISSIONER
OF SOCIAL SECURITY,

14

15

Defendant.

16

Case No.  1:25-cv-00341-JLT-BAM

**STIPULATION FOR THE AWARD AND
PAYMENT OF ATTORNEY FEES AND
EXPENSES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT; |~~PROPOSED~~|
ORDER**

17    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18  subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount

19  of EIGHT THOUSAND TWO-HUNDRED AND 00/100 ($8,200.00) under the Equal Access to

20  Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28

21  U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of

22  Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920,

23  2412(d).

24

25

26
27
28

[1] Frank J. Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff, but delivered to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

///

///

///

///

///

-2-

1    The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's

2    attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to

3    the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

4                                        Respectfully submitted,

5

6    Dated: December 16, 2025          /s/ *Jonathan O. Peña*
                                       JONATHAN O. PEÑA
7                                      Attorney for Plaintiff

8

9    Dated: December 16, 2025          ERIC GRANT
                                       United States Attorney
10                                     MATHEW W. PILE
                                       Head of Program Litigation 1
11                                     Law & Policy
                                       Social Security Administration
12

13                                     By:  *  *Roseanne C. Gillette Lazzarotto*
                                       Roseanne C. Gillette Lazzarotto
14                                     Special Assistant U.S. Attorney
                                       Attorneys for Defendant
15                                     (*Permission to use electronic signature
                                 obtained via email on December 16, 2025).
16

17                           |~~PROPOSED~~| ORDER

18    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act

19    Fees and Expenses (the "Stipulation"),

20    **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND TWO-

21    HUNDRED AND 00/100 ($8,200.00) as authorized by the Equal Access to Justice Act (EAJA), 28

22    U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

23

24    IT IS SO ORDERED.

25

26    Dated:   **December 16, 2025**                    _____
                                                        UNITED STATES DISTRICT JUDGE

27

28